UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                          Case No. 05-80955

D-22, TONESA WELCH,                                                   Hon: AVERN COHN

    Defendant.
_____/

## ORDER DENYING MOTION FOR ALTERNATIVE SENTENCE

    Defendant has filed a motion styled:

        Motion Requesting Court Recommendation For Alternative Sentence

    On June 20, 2008, defendant was sentenced to a custody term of 57 months.

    As explained in the

        Government's Response To Defendant's Motion Requesting
        Court Recommendation For Alternative Sentencing

the Court has no authority to change the sentence. Whether and when defendant is placed in a Community Corrections Center is a matter for the Bureau of Prisons to decide.

    The motion is DENIED.

    SO ORDERED.


Dated: April 10, 2009                  s/Avern Cohn
                                          AVERN COHN
                                          UNITED STATES DISTRICT JUDGE

**05-80955-22 USA v. Welch**
Order Denying Motion for Alternate Sentence

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed to Tonesa Welch, # 32373-112, FCI Victorville Medium II, Federal Correctional Institution, P.O. Box 5700, Adelanto, CA 92301 and the attorneys of record on this date, April 10, 2009, by electronic and/or ordinary mail.

 s/Julie Owens
Case Manager, (313) 234-5160